IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PINHOLSTER and LUIS MACIEL, | No. C 05-5213 WHA |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| DONALD SPECTER, STEVEN FAMA and PRISON LAW OFFICE, | |
| Defendants. | |

Defendants removed this action from Superior Court. Defendants are **ORDERED TO SHOW CAUSE** why this action should not be remanded to state court for failure to state a federal claim. The complaint appears to allege only state-law professional malpractice. Defendants' response is due at noon, February 2, 2006.

**IT IS SO ORDERED.**

Dated: January 6, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE