IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PINHOLSTER and LUIS MACIEL, | No. C 05-5213 WHA |
| Plaintiffs, | |
| v. | ***AMENDED* ORDER TO SHOW CAUSE** |
| DONALD SPECTER, STEVEN FAMA and PRISON LAW OFFICE, | |
| Defendants. | |

On January 6, 2006, this Court ordered defendants to show cause why this action should not be remanded to state court for failure to state a federal claim. The response deadline was February 2, 2006. Given that defendants had previously filed a motion to dismiss the complaint, set for hearing on February 16, 2006, the response deadline is moved earlier so that it will fall before the deadline for filing briefs on the motion. The **ORDER TO SHOW CAUSE RESPONSE NOW IS NOW DUE AT NOON, JANUARY 19, 2006**.

**IT IS SO ORDERED.**

Dated: January 10, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE