IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT PINHOLSTER and LUIS MACIEL,

    Plaintiffs,

  v.

DONALD SPECTER, STEVEN FAMA and PRISON LAW OFFICE,

    Defendants.

No. C 05-05213 WHA

**NOTICE RE REMAND AND MOTION TO DISMISS**

    The Court has considered defendants' response to the order to show cause why the case should not be remanded for lack of jurisdiction. Without prejudging any remand motions that may be filed, the Court rules that summary remand of this case is not now appropriate.

    The hearing on the motion to dismiss is **VACATED** because plaintiffs have no attorney and, because they are incarcerated, will not be able to attend the hearing. If plaintiffs retain an attorney or if one of them is freed from prison before an order is issued on the motion, the Court will *consider* holding a hearing. Plaintiffs' opposition brief remains due Thursday, January 26, 2006. If an opposition is filed, defendants' reply brief is due Thursday, February 2.

**IT IS SO ORDERED.**

Dated: January 23, 2006

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE