United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT PINHOLSTER and LUIS MACIEL,

Plaintiffs,

v.

DONALD SPECTER, STEVEN FAMA and PRISON LAW OFFICE,

Defendants.
_____/

No. C 05-05213 WHA

**ORDER SETTING DISPOSITIVE MOTION DEADLINE**

Due to plaintiffs' incarceration, good cause exists not to hold a case management conference. Defendants shall file a dispositive motion on or before **MAY 23, 2007**. Plaintiffs' opposition will be due by **JUNE 20, 2007**. Any reply will be due on **JULY 5, 2007**. Unless the Court decides otherwise, the motion will be decided on the papers without oral argument.

**IT IS SO ORDERED.**

Dated: March 23, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE