IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PINHOLSTER and LUIS MACIEL,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD SPECTER, STEVEN FAMA and PRISON LAW OFFICE,<br><br>Defendants.<br>_____/ | No. C 05-05213 WHA<br><br>Related to:<br>No. C 05-4868 WHA<br>No. C 06-2007 WHA<br>No. C 06-2006 WHA<br><br>**ORDER REQUESTING RESPONSE** |

By **NOON** on **AUGUST 29, 2007**, defendants will please file a response to plaintiffs' motion to consolidate cases.

**IT IS SO ORDERED.**

Dated: August 24, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE