IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PINHOLSTER and LUIS MACIEL, | No. C 05-05213 WHA |
| Plaintiffs, | Related to:<br>No. C 05-4868 WHA |
| v. | No. C 06-2007 WHA<br>No. C 06-2006 WHA |
| DONALD SPECTER, STEVEN FAMA and PRISON LAW OFFICE, | |
| Defendants. | **ORDER DENYING MOTION TO CONSOLIDATE CASES** |

Plaintiffs' motion to consolidate the four related actions is **DENIED WITHOUT PREJUDICE** to renewal after a decision on each of the pending motions for summary judgment has issued.

**IT IS SO ORDERED.**

Dated: August 29, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE